## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kenneth Murray<br>　　　　　　　　　Debtor(s) | CHAPTER 7 |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT<br>　　　　　　　　　Movant<br>　　vs.<br>Kenneth Murray<br>　　　　　　　　　Debtor(s)<br>Lynn E. Feldman, Esq.<br>　　　　　　　　　Trustee | NO. 17-16190 ELF<br><br>11 U.S.C. Section 362 |

## **ORDER**

AND NOW, this 17th day of January, 2018, upon failure of Debtor(s) and the Trustee to file an answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is granted, and the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified as to Movant, with respect to the subject premises located at 1304 68th Avenue, Philadelphia, PA 19126 ("Property"), to allow Movant, or its successor or assignee, to proceed with its *in rem* rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Furthermore, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**