United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-16190-elf
Kenneth Murray                                                  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Jan 18, 2018
                              Form ID: pdf900          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2018.
db             +Kenneth Murray,    1304 68th Avenue,    Philadelphia, PA 19126-2830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 19 2018 01:49:11      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 19 2018 01:48:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 19 2018 01:49:00      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2018 01:50:20      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT KMcDonald@blankrome.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
               bkgroup@kmllawgroup.com
              MICHAEL D. SAYLES    on behalf of Debtor Kenneth  Murray midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Kenneth Murray<br>                                Debtor(s) | CHAPTER 7 |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT<br>                                Movant<br>        vs.<br>Kenneth Murray<br>                                Debtor(s)<br>Lynn E. Feldman, Esq.<br>                                Trustee | NO. 17-16190 ELF<br><br>11 U.S.C. Section 362 |

**ORDER**

AND NOW, this  17th  day of   January   , 2018, upon failure of Debtor(s) and the Trustee to file an answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is granted, and the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified as to Movant, with respect to the subject premises located at 1304 68th Avenue, Philadelphia, PA 19126  ("Property"), to allow Movant, or its successor or assignee, to proceed with its *in rem* rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Furthermore, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**